# UNITED STATES DISTRICT COURT

DISTRICT OF _____ GUAM

**FILED**
DISTRICT COURT OF GUAM
JUN 27 2005
MARY L.M. MORAN
CLERK OF COURT

| UNITED STATES OF AMERICA | |
|---|---|
| V. | SUMMONS IN A CRIMINAL CASE |
| JOHN M. SAVIANO | Case Number: MG-05-00018 |

(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| District Court of Guam<br>4th Floor, U.S. Courthouse<br>520 West Soledad Avenue | 413 |
| | Date and Time |
| Before: HONORABLE JOAQUIN V. E. MANIBUSAN, JR. | Tuesday, June 28, 2005 at 9:00 a.m. |

To answer a(n)

☐ Indictment  X Information  ☐ Complaint  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

Charging you with a violation of Title _____ United States Code, Section(s) _____

Brief description of offense:

16 GCA 180102(b) & 18 USC 7(3) & 13 - DRIVING UNDER THE INFLUENCE OF ALCOHOL (BAC) - COUNT 1

16 GCA 180102(a) & 18 USC 7(3) & 13 - DRIVING UNDER THE INFLUENCE OF ALCOHOL - COUNT 2

| MARILYN B. ALCON, Deputy Clerk | *(signature)* |
|---|---|
| Name and Title of Issuing Officer | Signature of Issuing Officer |

May 12, 2005
Date

## RETURN OF SERVICE

Date
Service was made by me on:[1]

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant at:

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☑ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on   6·27·05
             Date

J.L.G. SALAS
Name of United States Marshal

S/DUSM FRANKLIN J. TA, TAGUE
(by) Deputy United States Marshal

Remarks: DEFENDANT HAS BEEN DISCHARGED FROM THE MILITARY

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.