# ORIGINAL

United States of America

v.

JOHN MICHAEL SAVIANO

MAGISTRATE CASE
~~CRIMINAL~~ No.  05-00018

# FILED
**DISTRICT COURT OF GUAM**

AUG 2 3 2005

**MARY L.M. MORAN
CLERK OF COURT**



Consent to Transfer of Case

for Plea and Sentence

*(Under Rule 20)*

I, __JOHN MICHAEL SAVIANO____, defendant, have been informed that a __Information_____ (*indictment,*

*information, complaint*) is pending against me in the above designated cause. I wish to plead ___guilty_____

(*guilty, nolo contendere*) to the offense charged, to consent to the disposition of the case in the __Western_____

District of __Washington_____ in which I ___reside_____ (*am under arrest, am held*) and to waive

trial in the above captioned District.

Dated: __02AUG2005_____ 2005__ at ~~PORT ORCHARD, WA~~

_____
JOHN MICHAEL SAVIANO
*(Defendant)*

_____
*(Witness)*
CAROL KOLLER
*(Counsel for Defendant)*
**Assistant Federal Public Defender**

Approved

~~for~~ JOHN McKAY  FAWKS

United States Attorney for the

__Western_____ District of

__Washington_____

LEONARDO M. RAPADAS

United States Attorney for the

_____ District of

__Guam & NMI_____

FORM USA-153
SEP 82

| To:<br>STEVEN CHIAPPETTA<br>Special Assistant U.S. Attorney | District<br><br>Guam | Date<br><br>8/18/2005 |
|---|---|---|
| Name of Subject<br><br>JOHN MICHAEL SAVIANO | Statute Violated<br>16 GCA 180102(b) &<br>18 USC 7(3) & 13 | File Data *(Initials and Number)* |

### Part A -- District of Arrest

☒ The above-named subject has been apprehended in this jurisdiction and indicates amenability to Rule 20 disposition of the changes pending against him in your district. Kindly indicate whether you are agreeable to Rule 20 disposition and forward two certified copies of indictment or information if any.

☐ Enclose is certified copy of waiver of indictment executed by defendant. Kindly file criminal information and forward two certified copies thereof.

☒ Enclosed is Consent to Transfer form executed in duplicate (one copy for your files) by defendant and the United States Attorney in the district of arrest. Kindly add your consent and have the Clerk of your district transmit the papers in the proceedings or certified copies thereof to the Clerk of the Court in this district in accordance with Rule Docket No. _____

☐ Other *(Specify)*:

RECEIVED

AUG 23 2005

DISTRICT COURT OF GUAM
HAGATNA, GUAM

☐ The above-named defendant entered a plea of guilty under Rule 20.
   **Date of Plea**    **Date of Sentence**    **Sentence**

| From *(Signature and Title)*<br>*Teorui GHGrant, ausa*<br>*for* BARBARA J. SEIVERS, Assistant U.S. Attorney | Address<br>U.S. Attorney's Office, Western District of Washington<br>700 Stewart Street, Suite 5220<br>Seattle, WA 98101-1271 |
|---|---|

### Part B -- District of Offense

☒ I am agreeable to Rule 20 disposition.

☐ I am not agreeable to Rule 20 disposition. Defendant's appearance is desired at
        on        at        o'clock.
*(Kindly notify me of any anticipated delay.)*

☒ Enclosed are two certified copies of indictment or information.    Docket No. MG-05-00018

☐ Please have defendant execute waiver of indictment.

☐ Other *(Specify)*:

| Signature *(Name and Title)*<br>*for*<br>STEVEN CHIAPPETTA, Special Assistant U.S. Attorney | District<br><br>Guam | Date<br><br>07-27-2005 |
|---|---|---|

See United States Attorneys Manual 9-14.000 for an explanation of procedures under Rules 7 & 20, Federal Rules of Criminal Procedure.

**Replaces OBD-101, Fed. 83 edition may be used**

This form was electronically produced by Elite Federal Forms, Inc.

FORM USA-231
NOV. 85