# UNITED STATES DISTRICT COURT

District of                        GUAM

U.S. MARSHALS-GUAM
RECEIVED
29 JUN 2005 14 00 01

UNITED STATES OF AMERICA

V.

JOHN M. SAVIANO

**WARRANT FOR ARREST**

Case Number: MG-05-00018

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest      **JOHN M. SAVIANO**
                                                                                                  Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment    ☐ Information    ☐ Complaint    **X** Order of court    ☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice

charging him or her with (brief description of offense)

**FAILURE TO APPEAR**

**FILED**
DISTRICT COURT OF GUAM
SEP 12 2005 9P
MARY L.M. MORAN
CLERK OF COURT

in violation of Title _____ United States Code, Section(s) _____

| JAMIE M. PHELPS | *Jamie M Phelps* (signature) |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| **DEPUTY CLERK** | June 28, 2005     Hagatna, Guam |
| Title of Issuing Officer | Date and Location |

ORIGINAL

---

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at

District of W/WA (Rule 20)

| DATE RECEIVED 7/27/05 | NAME AND TITLE OF ARRESTING OFFICER For: W/WA John Curry DUSM | SIGNATURE OF ARRESTING OFFICER For: W/WA [signature] DUSM D/Guam |
|---|---|---|
| DATE OF ARREST 8/18/05 | | |

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____  WEIGHT: _____

SEX: _____  RACE: _____

HAIR: _____  EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: _____

_____